# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

VICKY EVANS; and,
GREGORY EVANS,

      Plaintiffs,

            Civil Action No. _____

vs.

BOB EVANS FARMS, LLC,

      Defendant.

## AFFIDAVIT OF S. CAMILLE REIFERS

STATE OF TENNESSEE )
          ) SS
COUNTY OF SHELBY  )

  S. Camille Reifers, being first duly sworn on oath, states as follows:

1. I am an attorney with Boyle Brasher LLC, and am one of the attorneys representing Defendant Bob Evans Farms, LLC in the above-captioned matter. I have personal knowledge of the facts set forth below and, if called to testify, could competently testify thereto. I am making this Affidavit in support of Bob Evans Farms, LLC's Notice of Removal.

2. Defendant Bob Evans Farms, Defendant Bob Evans Farms, LLC, is an Ohio limited liability company doing business in Tennessee whose principal place of business is 8111 Smiths Mill Road, New Albany, Ohio 43054-1183. Bob Evans Farms, LLC is the owner and operator of the restaurant known as "Bob Evans Restaurant" located at 8445 U.S. Highway 64, Memphis, Tennessee, the restaurant at issue in this case.

3. Plaintiffs served their Complaint and Summons on Bob Evans Farms, LLC on April 27, 2015.

4. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the complete Circuit Court of Shelby County, Tennessee Action, filed by Plaintiffs on or about April 17, 2015.

5. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the Notice of Removal filed with the Clerk of the Circuit Court of Shelby County, Tennessee, as required by 28 U.S.C. Section 1446(d).

FURTHER YOUR AFFIANT SAYETH NOT.

_____
S. Camille Reifers

Subscribed and sworn to before me
this __26__ day of May, 2015.

_____
Notary Public

My Commission Expires Nov. 20, 2017

2