IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION
_____

VICKY EVANS; and,
GREGORY EVANS,

                Plaintiffs,

vs.

BOB EVANS FARMS, LLC,

                Defendant.
_____

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

In compliance with Fed. R. Civ. P. 7.1, Defendant Bob Evan's Farms, LLC states that it is an Ohio Corporation owned by parent corporation Bob Evan's Farms, Inc., a Delaware corporation.  There are no known publicly held companies or investment funds that hold a 10% or more ownership interest in Bob Evan's Farms, Inc. the Delaware corporation.

                Respectfully submitted,

                **BOYLE BRASHER, LLC**

Dated: May 26, 2015

                By:  /s/ S. Camille Reifers
                    S. Camille Reifers, #19856
                80 Monroe Avenue, Suite 410
                Memphis, TN 38103
                901-521-2860 (phone)
                901-521-2861 (fax)
                creifers@boylebrasher.com

                Attorney for Defendant,
                BOB EVANS FARMS, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been transmitted via United States Mail, postage prepaid, to Thomas R. Greer, Austin Fleming, Bailey & Greer, PLLC, 6256 Poplar Avenue, Memphis, TN 38119, on this 26th day of May, 2015.


/s/ S. Camille Reifers
S. CAMILLE REIFERS