IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

VICKY EVANS; and,
GREGORY EVANS,

          Plaintiffs,

                                    Civil Action No.2:15-cv-02355

vs.

BOB EVANS FARMS, LLC,

          Defendant.
_____

## STIPULATION SELECTION OF MEDIATOR

IT IS, HEREBY, STIPULATED AND AGREED, by and between counsel for all parties to this action, that Jerry Potter, Esq. or alternatively, Fred Collins, has been selected to serve as Mediator for this action.

IT IS, FURTHER, STIPULATED AND AGREED that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of the mediation, bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

Dated this 15th day of June, 2015.

| | |
|---|---|
| /s/ Austin Fleming | /s/ S. Camille Reifers |
| Austin Fleming, No. 30507 | S. Camille Reifers, No. 19856 |
| Bailey & Greer, PLLC | Boyle Brasher LLC |
| 6256 Poplar Avenue | 80 Monroe Avenue, Suite 410 |
| Memphis, TN 38119 | Memphis, TN 38103 |
| 901-680-9777 | 901-521-2860 |
| afleming@baileygreer.com | creifers@boylebrasher.com |
| Attorney for Plaintiff | Attorney for Defendant |

1