IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

VICKY EVANS and
GREGORY EVANS,

        Plaintiffs,

v.                                    Civil Action No. 2:15-cv-02355

BOB EVANS FARMS, LLC,

        Defendant.

NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT

Comes now the Defendant, Bob Evans Farms, LLC, and hereby files this Notice of Appearance of Counsel for Defendant.  Brooks E. Kostakis, of Boyle Brasher, LLC, hereby enters an appearance as additional counsel for the Defendant.

    Respectfully submitted,

    /s/ Brooks E. Kostakis
    S. Camille Reifers (BPR #19856)
    Brooks E. Kostakis (BPR #25511)
    BOYLE BRASHER LLC
    80 Monroe Avenue, Suite 410
    Memphis, TN 38103
    (901) 521-2860
    bkostakis@boylebrasher.com

    and

    Luke M. Seifert (pro hac vice)
    Donna Law Firm
    7601 France Avenue S., Suite 350
    Minneapolis, MN 55435
    (952) 562-2477
    lseifert@donnalaw.com

    *Attorneys for Defendant*

1

## CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which shall send notification and a copy of such filing to the following counsel of record: Thomas R. Greer, Austin Fleming, Bailey & Greer, PLLC, 6256 Poplar Avenue, Memphis, Tennessee 38119.

  On this 2nd day of July, 2015.

/s/ Brooks E. Kostakis
Brooks E. Kostakis
